# Exhibit A

## Notifications of Copyright Infringements Issued Pursuant to 17 U.S.C. § 512(c)(3) to Registered DMCA Agent for Service Provider Cloudflare, Inc.

| | |
|---|---|
| Subject | **DMCA Takedown Notice for Copyright Infringement** |
| From | Jason Tucker |
| To | <abuse@cloudflare.com> |
| Date | 2024-10-30 03:01 PM |



```
Cloudflare, Inc.
DMCA Agent: Justin Paine
101 Townsend Street
Legal Department
San Francisco, CA  94107
Phone: 6503198930
via Email: abuse@cloudflare.com
```

RE: DMCA Takedown Notice for Copyright Infringement

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner, Aylo Premium Ltd, and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
Aylo Premium Ltd c/o Battleship Stance, Inc.
Address: 3104 E Camelback Road #2917, Phoenix, AZ 85016 USA
Email:

Location of original works: https://www.brazzers.com/
This correspondence and all of its contents is without prejudice to Aylo Premium Ltd or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for Aylo Premium Ltd

Links to Infringing Material that we request be REMOVED:
https://pornmz.com/pmvideo/s/brazzers
https://pornmz.com/video/id=pm30052111206743
https://pornmz.com/video/id=pm30051803206735
https://pornmz.com/video/id=pm30043550206725
https://pornmz.com/video/id=pm30043546206722
https://pornmz.com/video/id=pm29005432206658
https://pornmz.com/video/id=pm29000420206653
https://pornmz.com/video/id=pm29000117206650
https://pornmz.com/video/id=pm28053923206587
https://pornmz.com/video/id=pm28054619206584
https://pornmz.com/video/id=pm28050215206580
https://pornmz.com/video/id=pm28052507206577
https://pornmz.com/video/id=pm27072639206548
https://pornmz.com/video/id=pm27072630206540
https://pornmz.com/video/id=pm26013934206459
https://pornmz.com/video/id=pm26012726206454
https://pornmz.com/video/id=pm25080854206387
https://pornmz.com/video/id=pm25083650206383
https://pornmz.com/video/id=pm25082648206379
https://pornmz.com/video/id=pm25085545206376

https://pornmz.com/video/id=pm25082743206373
https://pornmz.com/video/id=pm24022408206309
https://pornmz.com/video/id=pm24024005206305
https://pornmz.com/video/id=pm24021401206300
https://pornmz.com/video/id=pm24015157206297
https://pornmz.com/video/id=pm23071859206268
https://pornmz.com/video/id=pm23070850206260
https://pornmz.com/video/id=pm22024154206171
https://pornmz.com/video/id=pm22022051206167
https://pornmz.com/video/id=pm22025147206164
https://pornmz.com/video/id=pm21082726206117
https://pornmz.com/video/id=pm21083820206112
https://pornmz.com/video/id=pm21084416206108
https://pornmz.com/video/id=pm21085110206104
https://pornmz.com/video/id=pm20012643206068
https://pornmz.com/video/id=pm20014609206064
https://pornmz.com/video/id=pm19031802206021
https://pornmz.com/video/id=pm19023303206008
https://pornmz.com/video/id=pm19020300206003
https://pornmz.com/video/id=pm18024025205958
https://pornmz.com/video/id=pm18015958205954
https://pornmz.com/video/id=pm18013926205944
https://pornmz.com/video/id=pm18014122205941
https://pornmz.com/video/id=pm17103142205901
https://pornmz.com/video/id=pm17010640205869
https://pornmz.com/video/id=pm17012736205865
https://pornmz.com/video/id=pm17013331205862
https://pornmz.com/video/id=pm16035041205786
https://pornmz.com/video/id=pm16032526205783

--
Jason Tucker
+1.310.███████
SKYPE: ███████

The email and any attachments are confidential and intended only for the intended recipient. If received in error, please notify the sender, delete the message and any copies, and refrain from distributing or copying it. Unauthorized distribution may result in liability. All rights reserved